```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

          -vs-                                  05-CR-6172T

     FRANK JOHN SALCIDO

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        August 7, 2006
```